

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00420-CR

Ruben **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0747
Honorable Lorina I. Rummel, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED pursuant to Texas Rule of Appellate Procedure 25.2(d). *See* TEX. R. APP. P. 25.2(d), 37.1.

SIGNED August 22, 2018.

_____
Irene Rios, Justice